(April  6,  1895.)

## ROSENBAUM v. SMALL.

[40 Pac. 54.]

APPEAL, NOT TAKEN IN TIME—NO JURISDICTION.—Where an appeal
is not taken within the time prescribed by statute, the court ac-
quires no jurisdiction to hear it.

APPEAL from District Court, Shoshone County.

William H. Clagett, W. T. Stoll, and John R. McBride, for
Appellants.

W. R. Stokes, for Respondents.

No briefs on file on motion to dismiss.

HUSTON, J.—This is an appeal from the same judgment
and like order overruling motion for a new trial as the two pre-
ceding cases against the same defendants.    (*Schiller v. Small,*
ante, p. 422, 40 Pac. 53 ; *Peters v. Small,* ante, p. 422, 40 Pac.
53.)    The decree was entered June 27, 1893, and notice of ap-
peal filed on June 29, 1894, and served on July 21, 1894.    The
appeal not having been taken within the time prescribed by stat-
ute, to wit, one year, this court has no jurisdiction to hear it.
Appeal dismissed, with costs to respondents.

Morgan, C. J., and Sullivan, J., concur.